In the Matter of the Probate of the Last Will and Testament of Jane (or Jennie) T. Spencer, Deceased. The Rector, Church Wardens and Vestrymen of the Church of the Heavenly Rest in the City and County of New York and Maggie Hayes, Appellants; Albert J. Middlebrook, Respondent.— Decree affirmed, with costs. No opinion.

Peter Wynne, an Infant, by Mary Wynne, His Guardian ad Litem, Respondent, v. Borden's Condensed Milk Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Edith Faurie, Respondent, v. Harry Lazelle, Appellant.— Judgment and order affirmed, with costs. No opinion.

The Salvation Army in the United States, Respondent, v. The American Salvation Army, Appellant.— Judgment affirmed, with costs, on the authority of *Salvation Army in U. S.* v. *American Salvation Army* (135 App. Div. 268).

Curtis-Blaisdell Company, Plaintiff, v. Francis H. Chapman, Defendant.— Exceptions overruled and judgment ordered for plaintiff on the verdict, with costs. No opinion. Settle order on notice.

William F. Easley, Respondent, v. Max Loewenstein, Appellant.— Judgment affirmed, with costs. No opinion.

Rawson L. Wood and Others, Composing the Firm of J. R. Wood & Sons, Respondents, v. Herbert S. Harvey, as Sheriff of the County of Queens, State of New York, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiffs stipulate to reduce verdict to $275 with interest from date of entry of judgment, May 13, 1909; in which event the judgment as so reduced and the order appealed from will be affirmed, without costs. No opinion. Settle order on notice.

Valesca Jellison, Respondent, v. The City of New York and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Daniel W. Clare, Respondent, v. Kitty Smith, Appellant.— Order affirmed. No opinion.

In the Matter of the Voluntary Dissolution of Rateau Sales Company. Thomas W. Stephens and Charles B. Ludwig, Composing the Firm of T. W. Stephens & Company, and Signono C. Munoz, Appellants; Leonce Battu and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alice S. Davenport, Respondent, v. Harry G. B. Davenport, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.